

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# FILED

MAR 24 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:          25-1922
Originating Case Number:  2:25-cv-00244-LK

Short Title:               State of Washington, et al. v. Trump, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:             25-1922
Originating Case Number:   2:25-cv-00244-LK

Case Title:                State of Washington, et al. v. Trump, et al.

**Monday, March 31, 2025**

| | |
|---|---|
| Donald J. Trump | Mediation Questionnaire due |
| DOJ - United States Department of Justice | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| United States Department of Health and Human Services | Mediation Questionnaire due |
| Dorothy Fink | Mediation Questionnaire due |
| United States Department of Agriculture | Mediation Questionnaire due |
| Gary Washington | Mediation Questionnaire due |
| United States Department of Commerce | Mediation Questionnaire due |
| Jeremy Pelter | Mediation Questionnaire due |
| United States Department of Defense | Mediation Questionnaire due |
| Peter Hegseth | Mediation Questionnaire due |
| United States Department of Education | Mediation Questionnaire due |
| Denise Carter | Mediation Questionnaire due |
| United States Department of Energy | Mediation Questionnaire due |
| Ingrid Kolb | Mediation Questionnaire due |
| United States Department of Veterans Affairs | Mediation Questionnaire due |
| Todd B. Hunter | Mediation Questionnaire due |
| National Aeronautics and Space Administration | Mediation Questionnaire due |

| | |
|---|---|
| Janet Petro | Mediation Questionnaire due |
| National Science Foundation | Mediation Questionnaire due |
| Sethuraman Panchanathan | Mediation Questionnaire due |
| Office of the Director of National Intelligence | Mediation Questionnaire due |
| Lora Shiao | Mediation Questionnaire due |
| United States of America | Mediation Questionnaire due |
| United States Agency for International Development | Mediation Questionnaire due |
| Marco Rubio | Mediation Questionnaire due |
| United States Department of the Treasury | Mediation Questionnaire due |
| Scott Bessent | Mediation Questionnaire due |
| United States Department of Transportation | Mediation Questionnaire due |
| Sean Duffy | Mediation Questionnaire due |
| United States Small Business Administration | Mediation Questionnaire due |
| Everett Woodel, Jr. | Mediation Questionnaire due |

**Monday, April 21, 2025**

| | |
|---|---|
| Donald J. Trump | Preliminary Injunction Opening Brief Due |
| DOJ - United States Department of Justice | Preliminary Injunction Opening Brief Due |
| Pamela Bondi | Preliminary Injunction Opening Brief Due |
| United States Department of Health and Human Services | Preliminary Injunction Opening Brief Due |
| Dorothy Fink | Preliminary Injunction Opening Brief Due |
| United States Department of Agriculture | Preliminary Injunction Opening Brief Due |
| Gary Washington | Preliminary Injunction Opening Brief Due |
| United States Department of Commerce | Preliminary Injunction Opening Brief Due |
| Jeremy Pelter | Preliminary Injunction Opening Brief Due |
| United States Department of Defense | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Peter Hegseth | Preliminary Injunction Opening Brief Due |
| United States Department of Education | Preliminary Injunction Opening Brief Due |
| Denise Carter | Preliminary Injunction Opening Brief Due |
| United States Department of Energy | Preliminary Injunction Opening Brief Due |
| Ingrid Kolb | Preliminary Injunction Opening Brief Due |
| United States Department of Veterans Affairs | Preliminary Injunction Opening Brief Due |
| Todd B. Hunter | Preliminary Injunction Opening Brief Due |
| National Aeronautics and Space Administration | Preliminary Injunction Opening Brief Due |
| Janet Petro | Preliminary Injunction Opening Brief Due |
| National Science Foundation | Preliminary Injunction Opening Brief Due |
| Sethuraman Panchanathan | Preliminary Injunction Opening Brief Due |
| Office of the Director of National Intelligence | Preliminary Injunction Opening Brief Due |
| Lora Shiao | Preliminary Injunction Opening Brief Due |
| United States of America | Preliminary Injunction Opening Brief Due |
| United States Agency for International Development | Preliminary Injunction Opening Brief Due |
| Marco Rubio | Preliminary Injunction Opening Brief Due |
| United States Department of the Treasury | Preliminary Injunction Opening Brief Due |
| Scott Bessent | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| United States Department of Transportation | Preliminary Injunction Opening Brief Due |
| Sean Duffy | Preliminary Injunction Opening Brief Due |
| United States Small Business Administration | Preliminary Injunction Opening Brief Due |
| Everett Woodel, Jr. | Preliminary Injunction Opening Brief Due |

**Monday, May 19, 2025**

| | |
|---|---|
| State of Washington | Preliminary Injunction Answering Brief Due |
| State of Minnesota | Preliminary Injunction Answering Brief Due |
| State of Oregon | Preliminary Injunction Answering Brief Due |
| Physician | Preliminary Injunction Answering Brief Due |
| State of Colorado | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief.  See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal.  See 9th Cir. R. 42-1.**