# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** 25-1922

**Case Name** Washington et al. v. Trump et al.

**Counsel submitting this form** Joshua Dos Santos

**Represented party/parties** All defendants

*Briefly describe the dispute that gave rise to this lawsuit.*

A group of States and several individual physicians have challenged two Executive Orders. Executive Order 14,168 is entitled "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." 90 Fed. Reg. 8615 (Jan. 20, 2025). Executive Order 14,187 is entitled "Protecting Children from Chemical and Surgical Mutilation." 90 Fed. Reg. 8771 (Jan. 20, 2025). Among other things, the Executive Orders direct federal agencies to pursue the stated policies by adopting, to the extent consistent with applicable law, certain funding restrictions. Plaintiffs allege that the Executive Orders are ultra vires by violating funding statutes and that they violate equal protection principles in the Fifth Amendment.

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 7** Rev. 09/01/22

1

*Briefly describe the result below and the main issues on appeal.*

The district court issued a preliminary injunction that enjoins the federal defendants "from enforcing or implementing Section 4 of Executive Order 14,187 within the Plaintiff States" and from "enforcing Sections 3(e) or 3(g) of Executive Order 14,168 to condition or withhold federal funding based on the fact that a health care entity or health professional provides gender-affirming care within the Plaintiff States."

The issues on appeal include: (1) whether the case is ripe; (2) whether plaintiffs have a cause of action; (3) whether the district court erred in holding that the Executive Orders likely violate the separation of powers; (4) whether the the district court erred in holding that the Executive Orders likely violate equal protection principles; (5) whether the district court abused its discretion in evaluating the equities and balance of harms; and (6) whether the preliminary injunction's scope of relief extending beyond the plaintiffs violates Article III and equitable principles.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

A motion to stay district court proceedings pending this appeal is pending in district court. Litigation regarding compliance with the preliminary injunction remains ongoing.

The United States District Court for the District of Maryland also issued a preliminary injunction regarding the same Executive Orders challenged in this case. See PFLAG et al. v. Trump et al., No. No. 25-337-BAH (D.Md.). An appeal of that preliminary injunction is pending before the Fourth Circuit. See PFLAG et al. v. Trump et al., No. 25-1279 (4th Cir.).

**Signature** s/ Joshua Dos Santos  **Date** 3/31/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7** Rev. 09/01/22

2