IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

STATE OF WASHINGTON; et al.,

Plaintiffs-Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America; et al.,

Defendants-Appellants.

No. 25-1922

**UNOPPOSED MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE OPENING BRIEF**

The government respectfully requests a 30-day extension of time in which to file its opening brief in this appeal, to and including May 21, 2025. Plaintiffs do not oppose this motion.

1.  This case involves challenges to two executive orders. Executive Order 14,168 is entitled "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." 90 Fed. Reg. 8615 (Jan. 20, 2025). Executive Order 14,187 is entitled "Protecting Children from Chemical and Surgical Mutilation." 90 Fed. Reg. 8771 (Jan. 20, 2025). Among other things, the Executive Orders direct

federal agencies to pursue the stated policies by adopting, to the extent consistent with applicable law, certain funding restrictions. The government has appealed a preliminary injunction that limits the federal defendants' ability to enforce certain sections of the executive orders.

2. On March 24, 2025, this Court issued a briefing schedule under which the government's opening brief is due April 21, 2025.

3. The federal government respectfully requests a 30-day extension of time in which to file its opening brief. Good cause exists to extend the federal government's deadline to provide adequate time for the preparation and review of the federal government's brief in light of other litigation and internal responsibilities. Mr. Dos Santos is the attorney with principal responsibility for drafting the government's brief, and Mr. Sinzdak is the supervising attorney on this case. In addition to pressing internal matters for which Mr. Dos Santos and Mr. Sinzdak have responsibility during the briefing period, Mr. Dos Santos is primarily responsible for the government's representation in various cases during the briefing period, including *In re Musk*, No. 25-5072 (D.C. Cir.) (mandamus reply filed 3/25/2025); *Ibarra-Perez v. United States*, No. 24-631 (9th Cir.) (oral argument held 4/2/2025); *Hanford Guards Union Local 21 v. Vance*, No. 25-1249 (9th Cir.) (response

2

brief due 5/8/2025); and *PFLAG, Inc. v. Trump*, No. 25-1279 (4th Cir.) (opening brief due 5/19/2025).

Mr. Sinzdak will be on pre-scheduled leave the week of April 14 and also has supervisory responsibility in numerous matters during the briefing period, including: *American Fed. of Teachers v. Bessent*, No. 25-1282 (4th Cir.) (opening brief due April 14, 2025 and reply brief due April 25, 2025); *Przybocki v. USDA*, No. 24-7174 (9th Cir.) (brief due May 7, 2025); *Economan v. Cockrell*, Nos. 24-3165; 25-1020 (7th Cir.) (brief due May 12, 2025); *Perez v. US*, Nos. 24-7042; 23-16139 (9th Cir.) (brief due May 14, 2025); *Panting v. US*, No. 24-3426 (8th Cir.) (brief due May 16, 2025). This extension will not substantially delay proceedings in this case.

6.   Counsel for plaintiffs has informed undersigned counsel that plaintiffs do not oppose this extension.

## CONCLUSION

For the foregoing reasons, the Court should grant a 30-day extension of time in which to file the government's opening brief, to and including May 21, 2025.

Respectfully submitted,

GERARD SINZDAK
 s/ *Joshua Dos Santos*
JOSHUA DOS SANTOS
 (202) 305-1754
Attorneys
Civil Division, Appellate Staff
U.S. Department of Justice
950 Pennsylvania Ave., N.W. 7224
Washington, D.C.  20530

APRIL 2025

4

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point CenturyExpd BT, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 467 words, according to the count of Microsoft Word.

                                                          s/ *Joshua Dos Santos*
                                                       JOSHUA DOS SANTOS

## CERTIFICATE OF SERVICE

I certify that on April 9, 2025, I filed and served the foregoing with the Clerk of the Court by causing a copy to be electronically filed via the appellate ACMS system. I also hereby certify that the participants in the case are registered ACMS users and will be served via the ACMS system.

s/ *Joshua Dos Santos*
JOSHUA DOS SANTOS
