|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | APR 11 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

STATE OF WASHINGTON; et al.,

    Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America; et al.,

    Defendants - Appellants.

No. 25-1922

D.C. No. 2:25-cv-00244-LK
Western District of Washington, Seattle

ORDER

The unopposed motion (Docket Entry No. 12) for an extension of time to file the opening brief is granted.

The opening brief is due May 21, 2025. The answering briefs are due June 18, 2025. The optional reply brief is due within 21 days after service of the last-served answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT