UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF WASHINGTON; et al.,

    Plaintiffs - Appellees,

v.

DONALD J. TRUMP, in his official capacity as President of the United States of America; et al.,

    Defendants - Appellants.

No. 25-1922

D.C. No. 2:25-cv-00244-LK
Western District of Washington, Seattle

ORDER

The joint motion (Docket Entry No. 17) to stay appellate proceedings is granted. The briefing schedule is vacated.

Appellate proceedings are stayed until resolution of *United States v. Skrmetti*, No. 23-477 (U.S.), or until further order of this court.

The parties must file a joint status report within 7 days of a decision in *United States v. Skrmetti*. Briefing will be reset when the stay of appellate proceedings is lifted.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT