UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

FEB 6 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| STATE OF WASHINGTON; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America; et al.,<br><br>        Defendants - Appellants. | No. 25-1922<br><br>D.C. No.<br>2:25-cv-00244-LK<br>Western District of Washington, Seattle<br><br>ORDER |

The parties are directed to file simultaneous supplemental briefs on whether plaintiffs have Article III standing and whether the dispute is ripe. *See* ER 12–24 (district court addressing these issues). The supplemental briefs shall be filed on or before February 13, 2026, and are limited to 3,000 words each.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT